UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO: 2:05CR00 JRL |
| | ) | |
| STEVEN VAN ZILE, JR. | ) | 18 U.S.C. § 2422(b) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about October 29, 2004, in the Northern District of Indiana and elsewhere,

**STEVEN VAN ZILE, JR.,**

defendant herein, did knowingly and intentionally, use a facility of interstate commerce, that is, a telephone, to persuade, induce, entice, and coerce, and attempt to do so, an individual from Monticello, Indiana, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense;

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO

On or about October 30, 2004, in the Northern District of Indiana and elsewhere,

**STEVEN VAN ZILE, JR.,**

defendant herein, did knowingly and intentionally, use a facility of interstate commerce, that is, a telephone, to persuade, induce, entice, and coerce, and attempt to do so, an individual from Francesville, Indiana, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense;

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT THREE**

On or about October 31, 2004, in the Northern District of Indiana and elsewhere,

**STEVEN VAN ZILE, JR.,**

defendant herein, did knowingly and intentionally, use a facility of interstate commerce, that is, a telephone, to persuade, induce, entice, and coerce, and attempt to do so, an individual from Delphi, Indiana, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense;

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

s/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: s/ Thomas L. Kirsch II
Thomas L. Kirsch II
Assistant United States Attorney