2:05CR82

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:05-mj-00544-JWF-ALL
### Internal Use Only

Case title: USA v. Van Zile

Date Filed: 05/19/2005

Assigned to: Hon. Jonathan W. Feldman

**FILED**

**JUN 2 1 2005**

At_____M

STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Defendant**

**Jr. Steven Van Zile (1)**      represented by   **Mark D. Hosken**
Federal Public Defender
28 East Main Street
Suite 400
Rochester, NY 14614
716-263-6201
Email: Mark_Hosken@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**      **Disposition**

18:2242B.F

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____ Deputy Clerk
Original Filed

**Plaintiff**

**USA**      represented by   **Tiffany H. Lee**
U.S. Attorney's Office
100 State Street
Room 620
Rochester, NY 14614

(585) 263-6760, ext. 2251
Fax: 585-263-6226
Email: tiffany.lee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2005 |  | Arrest (Rule 5) of Steven Van Zile (LMD, ) (Entered: 05/23/2005) |
| 05/19/2005 | 1 | Minute Entry for proceedings held before Judge Jonathan W. Feldman :Initial Appearance in Rule 5(c)(3) Proceedings as to Steven Van Zile held on 5/19/2005. Court appoints Mark Hosken. Govt. moves for detention. Status Conference set for 5/20/2005 01:30 PM in Courtroom 3 before Hon. Jonathan W. Feldman. (digital recording.) (LMD, ) (Entered: 05/23/2005) |
| 05/20/2005 | 2 | Minute Entry for proceedings held before Judge Jonathan W. Feldman :Status Conference as to Steven Van Zile held on 5/20/2005. Detention Hearing and Identity Hearing set for 5/24/2005 02:00 PM before Hon. Marian W. Payson. (digital recording.) (LMD, ) (Entered: 05/23/2005) |
| 05/20/2005 | 3 | LETTER ORDER as to Steven Van Zile unsealing the complaint and affidavit . Signed by Judge Jonathan W. Feldman on 5/20/2005. (LMD, ) (Entered: 05/23/2005) |
| 05/24/2005 | 6 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Steven Van Zile held on 5/24/2005. Defendant requests two-day adjournment of the identity hearing and detention hearing - granted. Identity Hearing and Detention Hearing set for 5/26/2005 10:30 AM before Hon. Marian W. Payson. (RO) (Entered: 06/14/2005) |
| 05/26/2005 | 7 | Minute Entry for proceedings held before Judge Marian W. Payson : Identity Hearing held. Government proffers. Court finds that the defendant is the same Steven Van Zile, Jr. that is named in the complaint filed on 5/6/05 in the Northern District of Indiana. Detention Hearing as to Steven Van Zile held on 5/26/2005. Defendant objects to the Government's use of proffering and the lack of use of a live witness. Court notes objection and declines to rule on the issue at this time. Government proffers. Court adjourns. Continuation of Detention Hearing set for 5/27/2005 11:00 AM before Hon. Marian W. Payson. (RO, ) (Entered: 06/14/2005) |
| 05/27/2005 | 8 | Minute Entry for proceedings held before Judge Marian W. Payson : Continuation of Detention Hearing as to Steven Van Zile held on 5/27/2005. Government continues proffer. Defendant proffers. Court adjourns hearing set for 5/31/2005 02:00 PM before Hon. Marian W. Payson. (RO) (Entered: 06/14/2005) |
| 05/31/2005 | 9 | Minute Entry for proceedings held before Judge Marian W. Payson : Continuation of Detention Hearing as to Steven Van Zile held on 5/31/2005. Court denies government's motion for detention on serious risk of flight. Court grants government's motion for detention on dangerousness. Court orders defendant to be transferred to the Northern District of Indiana to answer charges. (RO) (Entered: 06/14/2005) |
| 06/01/2005 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Steven Van Zile. Defendant committed to District of Northern District of Indiana. . Signed by Judge Marian W. Payson on 6/1/05. (TO, ) (Entered: 06/03/2005) |
| 06/01/2005 | 5 | ORDER OF DETENTION as to Steven Van Zile . Signed by Judge Marian W. Payson on 6/1/05. (TO, ) (Entered: 06/03/2005) |

Rochester, New York
May 24, 2005
Before Hon. Marian W. Payson

**U.S. vs Steven Van Zile, Jr. 05-M-544**

Matter on for Status Report

Appearances: Richard A. Resnick, AUSA; Defendant with Mark D. Hosken, AFPD; Mark Warth, USPO

Status Report held. Defendant requests a two-day adjournment of the identity hearing and detention hearing - granted. Identity Hearing and Detention Hearing set for 5/26/05 @ 10:30 a.m.

DIGITAL RECORDING

(00:04)

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By _____
Deputy Clerk
Original Filed 5/24/05

#6

Rochester, New York
May 26, 2005
Before Hon. Marian W. Payson

## U.S. vs Steven Van Zile, Jr. 05-M-544

Matter on for Identity Hearing and Detention Hearing

Appearances: Richard A. Resnick, AUSA; Defendant with Mark Hosken, AFPD; Kerry Chartier, USPO

Identity Hearing held. Government proffers. Court finds that the defendant is the same Steven Van Zile, Jr. that is named in the complaint filed on 5/6/05 in the Northern District of Indiana.

Detention Hearing held. Defendant objects to the Government's use of proffering and the lack of use of a live witness. Court notes objection and declines to rule on the issue at this time. Government proffers. Court adjourns. Continuation of Detention Hearing set for 5/27/05 @ 11:00 a.m.

DIGITAL RECORDING

(01:15)

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By /s/
Deputy Clerk
Original Filed 5/26/05

#7

Rochester, New York
May 27, 2005
Before Hon. Marian W. Payson

**U.S. vs Steven Van Zile, Jr. 05-M-544**

Matter on for Continuation of Detention Hearing

Appearances: Richard A. Resnick, AUSA; Defendant with Mark Hosken, AFPD; Kerry Chartier, USPO

Continuation of Detention Hearing held. Government continues proffer. Defendant proffers. Court adjourns hearing until 5/31/05 @ 2:00 p.m. to render its decision.

DIGITAL RECORDING

(00:58)

ATTEST: A TRUE COPY
US DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By: [signature]
Deputy Clerk
Original Filed 5/27/05

#8

Rochester, New York
May 31, 2005
Before Hon. Marian W. Payson

### U.S. vs Steven Van Zile, Jr. 05-M-544

Matter on for Continuation of Detention Hearing

Appearances: Richard A. Resnick, AUSA; Defendant with Mark Hosken, AFPD; Kerry Chartier, USPO

Continuation of Detention Hearing held. Court denies government's motion for detention on serious risk of flight. Court grants government's motion for detention on dangerousness. Court orders defendant to be transferred to the Northern District of Indiana to answer charges.

DIGITAL RECORDING

(00:20)

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By: [signature]
Deputy Clerk
Original Filed 5/31/05

#9