**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**v.**                                        **CASE NUMBER: 2:05 CR 82**

**STEPHEN VAN ZILE, JR.**

      **Defendant.**

## MOTION FOR SENTENCE BASED ON THE UNITED STATES SENTENCING COMMISSION GUIDELINE PRIOR TO NOVEMBER 1, 2007

Comes now Stephen Van Zile, Jr., by counsel, John E. Martin, and moves this Honorable Court to sentence the defendant consistent with the calculation in the presentence report prior to the second addendum to the presentence report filed on November 2, 2007. In support of this motion, the defense states as follows:

1. The defendant has been detained in federal custody since June 21, 2005.

2. On January 9, 2006, the defendant entered into a plea agreement whereby he plead guilty to Count I of the indictment charging him with violating Title 18 U.S.C. §2422(b).

3. The original sentencing date was set April 6, 2006.

4. Due to the complexity of the sentencing issues, the sentencing date was continued at the request of the defendant on March 1, 2006, May 10, 2006, August 21, 2006, November 2, 2006, April 24, 2007 and July 20, 2007.

1

5. Ultimately, this Honorable Court set the matter for sentencing on November 6, 2007 at 12:30 p.m.

6. The complex issues relevant to sentencing were resolved by the defense and the government and the probation department. The presentence report was submitted by the probation department without objection from the government and without objection from the defense prior to November 1, 2007.

7. The defense requests this Honorable Court to sentence the defendant in accordance with the guideline in effect prior to November 1, 2007 which constituted a base level offense of 24. In support of this request, the defense further states:

   (a) The defendant has been held in pretrial custody since his arrest on June 21, 2005. During this period of pretrial custody, the defendant has only seen one family member on one occasion. (See defendant's Exhibit A attached to Defendant's Motion for Recommendation of Federal Correctional Institution, paragraph 1 - Doc. 50). Therefore, defendant's pretrial incarceration has been more difficult for him than other inmates who receive regular, if not weekly, visits from family members and friends.

   (b) The defendant has significant mental and emotional heath issues as outlined in paragraphs 62 and 63 of the presentence report including Mild Mental Retardation, Attention Deficit Hyperactivity

Disorder (ADHA), Predominantly Hyperactivity Impulsive Type; and, Personality Disorder, NOS with Borderline and Dependant Features.

(c) The statute in effect at the time of the commission of the offense carries a minimum term of imprisonment of five (5) years and maximum term of imprisonment of thirty (30) years pursuant to 18 U.S.C. §2422(b).  (See paragraph 72 of the presentence report).  Since the date of the defendant's arrest, the statute has been modified calling for a minimum term of imprisonment of ten (10) years and a maximum term of imprisonment of life.  (See current 18 U.S.C. §2422(b)).  Therefore, the guideline which took effect November 1, 2007 was modified to accommodate the change in the minium and maximum statutory punishment under 18 U.S.C. §2422(b).  This was not the penalty statute in effect at the time of the defendant's offense date nor was the November 1, 2007 guideline modification in effect at the time of the defendant's offense date, arrest date, change of plea date or any of the previous sentencing settings.  Because the guideline was modified to directly correspond with the new minimum and maximum penalties under 18 U.S.C. §2422(b), an application of the guideline in effect at the time of sentencing is true ex-post facto.

(d) In this case, the defendant never physically met with or attempted to physically meet with any underage minors.  All contact was

through the computer or on the telephone. (See PSI, offense conduct, paragraphs 11 through 19.)

WHEREFORE, the defendant requests this Honorable Court to sentence the defendant pursuant to the calculations in the presentence report as filed by the probation department without objection from the government or the defense as set forth prior to the second addendum to the presentence report filed November 2, 2007.

          Respectfully submitted,

          Northern District of Indiana
          Federal Community Defenders, Inc

          By:     s/ John E. Martin
               John E. Martin
               31 East Sibley Street
               Hammond, IN 46320
               Phone: (219) 937-8020
               Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECM/ECF system which sent notification of such filing to the following:

        **Thomas Lee Kirsch - AUSA, II**
        thomas.kirsch@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants.

               s/ John E. Martin